UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GLORY WEALTH SHIPPING PTE LTD.,                    08 Civ. 8425 (RJH)

                  Plaintiff,                    DECLARATION

     -against-

INDUSTRIAL CARRIERS, INC., WEAVER
INVESTMENTS, INC., ITRO CORPORATION
a/k/a ITIRO CORPORATION, BLUE COAST
NAVIGATION SA, DIAMANT CO. LTD.,
SERGEY BARANSKY, and VLADIMIR TARASOV,

                Defendants.
----------------------------------------X

    I, Garth S. Wolfson, hereby declare as follows:

    1.   I am a partner with the firm of Mahoney & Keane, LLP, counsel of record for defendants ITIRO CORPORATION (ITIRO) s/h/a ITRO CORPORATION a/k/a ITIRO CORPORATION and DIAMANT CO. LTD. (DIAMANT).  Based upon my personal knowledge and my review of the file maintained by my office, I am familiar with the proceedings in this case.

    2.   Herewith attached are true copies of the following:

        Exhibit A:    Plaintiff's Complaint;

        Exhibit B:    Plaintiff's Amended Complaint

        Exhibit C:    Plaintiff's Second Amended
                     Complaint;

        Exhibit D     New York Department of State Entity
                     Information for defendant
                     INDUSTRIAL CARRIERS INC. (ICI);

        Exhibit E:    New York Department of State Entity
                     Information for ITIRO;

        Exhibit F:    New York Department of State Entity
                     Information for DIAMANT; and

Exhibit G:        Orders in the actions docketed
                  under Case Numbers 08 Civ. 8660
                  (PAC), 08 Civ. 8391 (SAS), 08 Civ.
                  8465 (DLC), 08 Civ. 8534 (GBD), 08
                  Civ. 8425 (RJH), and 08 Civ. 8555
                  (SHS).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2008
New York, New York

                                Respectfully submitted,

                                MAHONEY & KEANE, LLP
                                Attorneys for Defendants
                                ITIRO CORPORATION and DIAMANT
                                CO. LTD.

        By:     _____
                Garth S. Wolfson
                11 Hanover Square, Tenth Floor
                New York, New York 10005
                (212) 385-1422

2