# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: ITIRO CORPORATION

Selected Entity Status Information

**Current Entity Name:** ITIRO CORPORATION
**Initial DOS Filing Date:** OCTOBER 16, 2008
**County:** NEW YORK
**Jurisdiction:** BRITISH VIRGIN ISLANDS
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Registered Agent**
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page