UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORY WEALTH SHIPPING PTE LTD.,

        Plaintiff,

-against-

INDUSTRIAL CARRIERS, INC., WEAVER INVESTMENTS, INC., ITRO CORPORATION a/k/a ITIRO CORPORATION, BLUE COAST NAVIGATION SA, DIAMANT CO. LTD., SERGEY BARANSKY, and VLADIMIR TARASOV

        Defendant.

08 Civ. 8425

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/08

For the reasons stated on the record at the conference held November 13, 2008, defendant's motion to vacate the writ of maritime attachment issued against ITRO Corporation, a/k/a ITIRO Corporation, is GRANTED. The Court reserves judgment on defendant's motion to vacate the writ of maritime attachment issued against Diamant Co. Ltd.

SO ORDERED.

Dated: New York, New York
      November 17, 2008

                                            Richard J. Holwell
                                            United States District Judge