UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/08
```

GLORY WEALTH SHIPPING PTE LTD.,

    Plaintiff,

-against-

INDUSTRIAL CARRIERS, INC., WEAVER
INVESTMENTS, INC., ITRO CORPORATION
a/k/a ITIRO CORPORATION, BLUE COAST
NAVIGATION SA, DIAMANT CO. LTD.,
SERGEY BARANSKY, and VLADIMIR
TARASOV,

    Defendants.

08 Civ.8425 (RJH)

**ORDER DIRECTING RELEASE OF ATTACHED FUNDS SUBJECT TO RULE B(1) ATTACHMENT**

  **WHEREAS** on or about October 30, 2008, Glory Wealth Shipping Pte Ltd. ("Glory Wealth") instituted this action against, *inter alia*, ITRO Corporation a/k/a ITIRO Corporation, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Forfeiture Actions of the Federal Rules of Civil Procedure; and,

  **WHEREAS**, Glory Wealth has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including HSBC Bank USA, N.A. ("HSBC"); and,

  **WHEREAS**, pursuant to service of the PMAG upon it, HSBC has reported that it is holding certain funds of ITIRO Corporation in the form of Electronic Funds Transfers since October 30, 2008 (the "Attached Funds");

  **WHEREAS**, by Order dated November 17, 2008 Judge Richard J. Holwell vacated the writ of maritime attachment issued against ITRO Corporation a/k/a ITIRO Corporation; and

**NOW, THEREFORE**, it is hereby Ordered that:

Upon service of this Order, garnishee HSBC shall release the above-stated restrained funds per banking instructions to be provided by Mahoney & Keane, LLP, counsel for ITIRO Corporation.

Dated: New York, New York
       December 16, 2008

**SO ORDERED:**

_____
U.S.D.J.

# 5849176_v1